FILED

11/12/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0405

IN THE MATTER OF:

A.J. and J.J,

   Youths in Need of Care.

## GRANT OF EXTENSION OF TIME

Upon consideration of the Appellant's Motion for Extension of Time, and good cause appearing therefore, the Appellant is granted an extension of time until December 7, 2020 to prepare, serve, and file the Opening Brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 11 2020